UNITED STATES COURT OF INTERNATIONAL TRADE                              FORM 4-1

|  |  |
|---|---|
| RED WHITE VALVE CORP., | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER, | : Court No. 20-03816 <br><br> : SUMMONS |
| Defendants. | : |

**TO:**   The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



                                                      **s/ Mario Toscano**
                                                      Clerk of the Court

/s/ Elon A. Pollack, Esq.
Signature of Plaintiff's Attorney

October 30, 2020
Date

Elon A. Pollack, Esq.
Stein Shostak Shostak Pollack & O'Hara LLP
Attorneys for: RED WHITE VALVE CORP.
865 S. Figueroa Street, Suite 1388
Los Angeles, CA 90017
Tel: (213)630-8888
e-mail: elon@steinshostak.com